Jay H. Korn (JHK-6213)
KORN & SPIRN, ESQS.
50 Clinton Street, Suite 503
Hempstead, New York 11550
516-538-5222

Attorneys for Plaintiffs Eisner, C.P.A., P.C.
Leonard Eisner and Troy Eisner.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ETTA NOVICK and ISAAC NOVICK, individually
and as Trustee of the Etta Novick, MD & Isaac
Novick, MD, PC Employees' Pension Trust,

                Plaintiffs,

   -against-

BANKERS LIFE INSURANCE COMPANY OF
NEW YORK, KIRSCH FINANCIAL SERVICES, INC.,
MICHAEL A. KIRSCH, EISNER C.P.A., P.C.,
LEONARD EISNER and TROY EISNER,

                Defendants.
------------------------------------------------------------------X

Case No.: CV-05-3085

**NOTICE OF APPEARANCE**

TO THE JUDGES OF THE UNITED STATES DISTRICT
COURT FOR THE EASTERN DISTRICT OF NEW YORK:

    PLEASE TAKE NOTICE, that Jay H. Korn of the law firm of Korn & Spirn, Esqs., located at 50 Clinton Street, Suite 503, Hempstead, New York, 11550, hereby enters his appearance in this matter as counsel of record for defendants, Eisner, C.P.A., P.C., Leonard Eisner and Troy Eisner.  It is requested that all pleadings, motions and other documents be served upon the undersigned as attorneys for said defendants.

Dated:    July 13, 2005
            Hempstead, New York

                          Respectfully submitted,

                          KORN & SPIRN, ESQS.

                          By:   **/S/**_____
                                Jay H. Korn (JHK6213)
                                50 Clinton Street, Suite 503
                                Hempstead, New York 11550
                                516-538-5222
                                Attorneys for defendants Eisner,
                                C.P.A., P.C., Leonard Eisner and
                                Troy Eisner.